Hi my Name is Patrick DIXON and I am Writing because I filed my HABEAS CORPUS to Nueces County District Clerk, Anne LORENTZEN of Corpus Christi, TX on September 17, 2015 and I have not Recieved a Response pertaining my HABeas Corpus in a total of 53 days Cause NO 14-CR-2580-C Possession of Controlled Substance. Article 1107 sec. 3 (B) of Criminal Procedure states (B) An Application for Writ of habeas Corpus filed after final conviction in a felony case, other than a case in which the death penalty is imposed, must be filed with the Clerk of the court in which the conviction being challenged was obtained, and the clerk Shall assign the Application to that Court. When the application is Recieved by that Court, a Writ of habeas Corpus, Returnable to the Court of Criminal Appeals, Shall issue by operation of law. The clerk of that Court Shall make appropriate notation thereof, assign to the case a file number (ANCillary to that of the conviction being challenged) and forward a copy of the application by Certified mail, return Receipt Requested, or by personal Service to the attorney representing the State in that Court, Who Shall answer the Application not later than the 15th day after the date the Copy of the Application is Recieved. Matters alleged in the application not admitted by the State are deemed denied. (C) Within 20 days of the expiration of the time in which the State is allowed to ANSWER, it shall be the duty of the Convicting Court to decide whether there are Controverted, previously unresolved facts material to the legality of the applicant's Confinement. Confinement means Confinement for any offense or any collateral consequence Resulting from the conviction that is the basis of the instant habeas Corpus. If the convicting Court decides that there are no Such issues, the clerk Shall immediately transmit to the Court of Criminal Appeals a copy of the application, any answers filed and a Certificate Reciting the date Upon Which that finding was made. Failure of the Court to act within the allowed 20 days Shall constitute Such a findings. (D) If the Convicting Court decides that there are Controverted previously unresolved facts Which are material to that legality of the applicants Confinement, it Shall enter an order within 20 days of the expiration of the time allowed for the state to Reply, designating the issues of fact to be Resolved. To Resolve these issues the Court May order affidavits, despositions, interrogatories and hearings as well as using personal recollection. Also, the

Convicting Court may appoint an attorney or a Magistrate to hold a hearing and make findings of fact. An attorney so appointed shall be Compensated as provided in Article 26.05 of this Code. It Shall be the duty of the Reporter Who is designated to transcribe a hearing held pursuant to this article to prepare a transcript, within 15 days of its Conclusion. After the convicting court makes findings of fact or approves the findings of person designated to make them, the clerk of the Convicting Court shall immediately transmit to the Court of Criminal Appeals, under one Cover, the application, any answers filed, any motions filed, transcripts of all depositions and hearing, any affidavits, and any other matters such as official Records used by the Court in Resolving issues of fact.

* May Criminal of Appeal please notify the Court of Nueces County about the Writ of Habeas Corpus so that they can send it to Court of Criminal Appeals of Texas.

X _Patrick Dixon_
11-7-15

X _Patrick DIXON_
11-7-15